## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
          **Plaintiff,**

          **v.**                                                    **Case No. 13-CR-121**

**ELAINE E. JUNGEN**
          **Defendant.**

---

### ORDER

Pursuant to Fed. R. Crim. P. 48(a),

**IT IS ORDERED** that the United States is granted leave to dismiss the superseding

indictment and second superseding indictment without prejudice against defendant Elaine E.

Jungen.

Dated at Milwaukee, Wisconsin, this 16th day of December, 2014.

                                        /s Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge